**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-10691

WALTER BENSCH,

Plaintiff-Appellant,

versus

PENELOPE MATTOS, ET AL.,

Defendants-Appellees.

(consolidated with)

97-11222

WALTER BENSCH,

Plaintiff,

versus

PENELOPE MATTOS, ET AL.,

Defendants,

ROSENDO RODRIGUEZ, JR.,

Appellant.

Appeals from the United States District Court
for the Northern District of Texas

(7:96-CV-85-X & 7:96-CV-085)

July 14, 1998

Before POLITZ, Chief Judge, JONES and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Having considered the briefs, oral arguments of counsel, and pertinent parts of the record in these consolidated appeals, and finding no basis for reversible error, the rulings appealed are AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.